42,161-01, -02, 03

James B. Riemer /1854097
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107

12/16/14

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, TX 78711

RE: Memorandum and writ of Habeas Corpus. Nos. F-2011-2619-E·WHC1, F-2011-2620-E·WHC1, F-2011-2621-E·WHC1.

IN advance, I thank You for Your time. I KNOW Your extremely busy. To the point — would You Please Send Me a copy of MY recent Submission of MY habeas corpus, 11.07. I am indigent and Making a Second Submission to get in compliance with Court of Criminal Appeals of Texas who on 10/23/14 returned MY 11.07 without written order for NON-compliance (exceeding the two pages allowed for each ground for relief and supporting facts). Thank You again, I am sincerely grateful.

Respectfully,

James Riemer

James B. Riemer
1854097/B.C. Unit
Amarillo, TX 79107

P.S.
Note! Original and exhibts were retained by CCA.